IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MATTHEW WAYNE ROBINSON                                            PLAINTIFF

v.                        Case No. 6:19-cv-6004

JAIL ADMINISTRATOR SARAH HANEY                                    DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed August 21, 2019, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 30). Judge Ford recommends that this action be dismissed without prejudice because Plaintiff has failed to comply with the Local Rules, court orders, and failed to prosecute this case.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 30) *in toto*. Accordingly, Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of September, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge